IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGMA MINA HUERTA, | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. H-19-1107 |
| METROPOLITAN LIFE INSURANCE COMPANY, et al. | § § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 28) dated January 22, 2020, Plaintiff's objections thereto, and Defendants' responses to Plaintiff's objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. Pursuant to the Order granting Plaintiff's motion for leave to amend dated February 28, 2020, (Docket Entry No. 33), Plaintiff must file an amended complaint within seven days of the entry of this Order.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 28th day of February 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE