United States District Court
Southern District of Texas
**ENTERED**
November 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WAGMA MINA HUERTA, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-1107 |
| | § | |
| METROPOLITAN LIFE INSURANCE CO., ET AL., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 2, 2020 (ECF 42) and the objections thereto (ECF 43, 44) the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this 18th day of November, 2020.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE